# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

========================================

## ON MOTION FOR REHEARING

========================================

## NO. 03-06-00663-CR

**Derrick Raymond Ford, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 421ST JUDICIAL DISTRICT
### NO. 2004-223, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

### S U P P L E M E N T A L   M E M O R A N D U M   O P I N I O N

Appellant Derrick Raymond Ford, who represents himself in this appeal, failed to pay the clerk's fee. On April 18, 2007, after giving Ford notice and an opportunity to cure, the appeal was dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b). Ford has filed a motion for rehearing stating that the clerk's fee and reporter's fee have now been paid. The reporter has confirmed that she received payment. The district clerk has informed the Court in writing that her fee has still not been paid.

The motion for rehearing is overruled.  *See* Tex. R. App. P. 49.5(c).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Filed:   June 20, 2007

Do Not Publish